IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYRA DRUGAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIME HYDRATION LLC,<br><br>Defendant, | Civil Action No.: 1:23-cv-08552 (KPF)<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kyra Drugas hereby voluntarily dismisses her claims against Defendant Prime Hydration, LLC, without prejudice.

Dated: February 9, 2024               Respectfully submitted,

*/s/ Russell M. Busch*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Russell M. Busch
rbusch@milberg.com
J. Hunter Bryson
hbryson@milberg.com
405 E 50th Street
New York, NY 10022
Telephone: (202) 640-1167

**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
ostrow@kolawyers.com
Kristen Lake Cardoso (admitted *pro hac vice*)
cardoso@kolawyers.com
One West Las Olas, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III (admitted *pro hac vice*)
nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472

*Counsel For Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Russell M. Busch*
Russell M. Busch
